THE PEOPLE OF THE STATE OF NEW YORK ex rel. GUAR-
ANTY TRUST COMPANY OF NEW YORK, as Trustee,
Appellant, against THOMAS M. LYNCH et al., Consti-
tuting the State Tax Commission, Respondents.

(Argued October 11, 1934; decided October 26, 1934.)

*Bernhard Knollenberg, Harry J. Rudick* and *Joseph W· Wyatt* for appellant.

*John J. Bennett, Jr., Attorney-General (Wendell P. Brown* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not voting: LEHMAN, J.